988 A.2d 511

**Antonio Levar BROWN, Appellant**

v.

**STATE of Maryland, Appellee.**

**No. 97 Sept.Term, 2009.**

Court of Appeals of Maryland.

Feb. 3, 2010.

## ORDER

Having considered the parties' joint motion for remand, it is this 3rd day of February, 2010, hereby ORDERED that:

(1) This matter is remanded to the Circuit Court for Carroll County pursuant to Rule 8–604(d); and

(2) That further proceedings be held consistent with the Joint Motion, above.